GREGORY FLETCHER
FULL NAME

_____
COMMITTED NAME (if different)

FULL ADDRESS INCLUDING NAME OF INSTITUTION
S.U.S.P. P.O. Box 1050 - Soledad, CA. 93960-1060

C-41111
PRISON NUMBER (if applicable)

Related DDJ

FILED
2016 MAR 30  AM 10: 18
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

GREGORY FLETCHER

PLAINTIFF,

v.

C/O HORA   C/O REESE
3/W          3/W control booth officer
DEFENDANT(S).

CASE NUMBER: CV 16-2159-DSF (KS)
To be supplied by the Clerk

CIVIL RIGHTS COMPLAINT
PURSUANT TO (Check one)
☐ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes  ☐ No

2. If your answer to "1." is yes, how many? __2__

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

① Complaint under the Civil Rights Act - 42 U.S.C. § 1983
② 42:1983 PR Prisoner Civil Rights

RECEIVED
CLERK, U.S. DISTRICT COURT
MAR 29 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

---

CV 66 (7/97)                    CIVIL RIGHTS COMPLAINT                    Page 1 of 6

a. Parties to this previous lawsuit:
Plaintiff GREGORY Fletcher - C-4/111

Defendants 4o Romero 4o Galvan 4o Sorrano 4o brisson, sgt. Staulund 4o Lopez, Captain Shancher 2 4o Quin (2) 4o Marquez 4o odrozo sgt. Whiteing Lt. Davis

b. Court Southern District of California (San Diego)

c. Docket or case number 3:16-CV-00564-JLSMDD - 15-CV-2156-EPC-NLS

d. Name of judge to whom case was assigned Hon. Gonzalo P. Curiel - Hon. Janis L. Sammartino

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) Both Still Pending

f. Issues raised: Violations of my Civil Rights

g. Approximate date of filing lawsuit: 12-8-15 and 3-4-16

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes  ☒ No
   GP

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes  ☒ No

   If your answer is no, explain why not My life has been threaten

3. Is the grievance procedure completed? ☐ Yes  ☒ No

   If your answer is no, explain why not My life have been threaten

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff GREGORY Fletcher - C-4111
(print plaintiff's name)

who presently resides at S.U.S.P. P.O. Box 1050 - Soledad, CA. 93960-1060
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

Salinas Valley State Prison - A-5
(institution/city where violation occurred)

on (date or dates) 3_____. _____. _____.
                        (Claim I)         (Claim II)         (Claim III)

NOTE: You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant **C/O Haro 3/W S.U.S.P. Floor Officer** resides or works at
   (full name of first defendant)

   **P.O. Box 1050**
   (full address of first defendant)

   **Soledad, CA. 93960-1060**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:
   He knew, that, the cell was on fire and did nothing, I asked him can I go to Medical cause I couldn't breath and he said NO.

2. Defendant **C/O Reese Control booth officer** resides or works at
   (full name of first defendant)

   **P.O. Box 1050**
   (full address of first defendant)

   **Soledad, CA. 93960-1060**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   He saw the smoke and did not call it in and I even asked him will you please call Medical and he said no

3. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

**CIVIL RIGHTS COMPLAINT**

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

D. CLAIMS*

CLAIM I

The following civil right has been violated:

Cruel & unusual Punishment
8th Amendment
Refuss to get me medical attention
It is a State & Federal Law that All cells must have A fire Extinguisher in the cell Just in case the cell is on Fire, There is none, we all can die

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

I left out the cell and left the hot pot on And it caught Fire C/O Haro said he didn't see the smoke nor fire And C/O Reese said the same thing, so when I came to the cell C/O Haro nor C/O Reese called for help, I had to go in and get what was on Fire and I got short of breath and I needed medical attention, but no one helped me, I'm E.O.P. very depress Inmate, Hypertention, High Blood pressure, ADA, unstable, A chronic & severe pain Inmate with Alot of physical problems, There is no doubt in my mind, that, they both did this on purpose

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

CIVIL RIGHTS COMPLAINT

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

I believe that I am entitled to exactly 100,000.00 Dollars because There was know Fire Extinguisher in the cell to put out the Fire, because I was Refuss Medical Attention, Because, Neither one of the Officers called it in and No-one helped me another 100,000.00 Dollars Because I'm E.O.P. And ADA and I Recieved no help, Another 100,000 Dollars cause I got sick and they Refuss me Medical help, 3,000,000 Dollars because this whole prison is in Violation of STATE ; Federal Law All of the inmates Can Die if the Cell even get on Fire cause there is No sprinkler in our cell we will all Die And 25,000 Dollars of Medical Supplys couse All my Medical Supplys was Destroyed And 100,000 Dollars worth of cloths, Cosmetics, Religious Items It was all destroyed and 100,000 For I'm depress, stressing badly and I Just want to die cause They are Retaliateing Againts me cause of all the other Civil suits

3/20/16
(Date)

(Signature of Plaintiff)



Gregory Fletcher C-41111
Salinas Valley State Prison
A-5-109-L
P.O. Box 1050
Soledad, CA 93960-1060

For Trust Office
To Fill Out

Legal Mail

CLERK, U.S. DISTRICT COURT
RECEIVED
MAR 29 2016
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

United States District Court
Central District Of California
312 N. Spring St. Room G-8
Los Angeles, CA. 90012

CV

U.S. POSTAGE $000.92

Gregory Fletcher C-41111
Salinas Valley State Prison
A-5-109-low
P.O. Box 1050
Soledad, CA. 93960-1050

Legal Mail

United States District Court
Central District Of California
312 N. Spring St. Room G-8
Los Angeles, CA. 90012

Hero 3/30/16